writ of certiorari to the Supreme Court of Oklahoma denied. *Mr. Robert L. Davidson* for petitioner. *Mr. A. C. Wallace* for respondent.

No. 798. GARLINGTON ET AL. *v.* WASSON. May 1, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Elmer McClain* for petitioners.

No. 806. LEDERER *v.* UNITED STATES EX REL. BROWN, PRICE ADMINISTRATOR. May 1, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John Elliott Byrne* for petitioner. *Solicitor General Fahy* and *Messrs. Ralph F. Fuchs* and *Thomas I. Emerson* for respondent.

No. 809. KLEPINGER ET AL. *v.* RHODES. May 1, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Patrick H. Loughran* for petitioners. *Mr. Jacob N. Halper* for respondent. *Messrs. Lawrence Koenigsberger, Hugh H. Obear, Paul B. Cromelin,* and *John J. Carmody,* constituting a committee of the Bar Association of the District of Columbia, filed a brief, as *amici curiae,* in support of the petition.

No. 813. GOUMAS *v.* K. KARRAS & SON ET AL. May 1, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. David P. Siegel* for petitioner.